# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137562(60)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

DARRELL WILDER,
　　　　Defendant-Appellee.

_____

SC: 137562
COA: 278737
Wayne CC: 07-004454-01

　　　　On order of Chief Justice, the motion by plaintiff-appellant for extension to June 16, 2009 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

_____
Clerk